```
        IN THE UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF ARKANSAS
                 BATESVILLE DIVISION
```

STEVEN L. HIBSHMAN                                          Plaintiff

v.                         1:06CV00057 WRW

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                    Defendant

## ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge H. David Young. No objections have been filed. After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS SO ORDERED this 7th day of January, 2008.


                                     /s/Wm. R. Wilson, Jr.
                              UNITED STATES DISTRICT JUDGE