IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

STEVEN L. HIBSHMAN                                                        Plaintiff

v.                             1:06CV00057 WRW

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                                  Defendant

### JUDGMENT

Pursuant to the Order filed in this matter on this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED this 7th day of January, 2008.


                                    /s/Wm. R. Wilson, Jr.
                                    UNITED STATES DISTRICT JUDGE